# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID B. TROUTMAN,** | : | No. 3:18cv2070 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| **v.** | : | |
| | : | |
| **HYDRO EXTRUSION USA, LLC,** | : | |
| **and/or SAPA EXTRUSIONS, INC.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, to wit, this 24th day of May 2019, it is hereby **ORDERED** as follows:

1) Defendant Hydro Extrusion USA, LLC's motion to dismiss (Doc. 9) is **GRANTED**;

2) Counts 1 through 6 of the plaintiff's complaint (Doc. 1) are dismissed with prejudice; and

3) The Clerk of Court is directed to close this case.

                                                         **BY THE COURT:**

                                                         s/ James M. Munley
                                                         **JUDGE JAMES M. MUNLEY**
                                                         **United States District Court**